# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIO RAYMUNDO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>    Defendants. | CASE NO. CV13-8093 JAK (AGRx)<br><br>[Assigned for All Purposes to the Honorable John A. Kronstadt]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6**<br><br>Complaint Filed: October 1, 2013 |

//
//
//
//
//
//

# ORDER

Pursuant to the Stipulation of the parties and good cause being shown, it is hereby ORDERED:

1. That this action shall be dismissed in its entirety against Defendant, with prejudice.
2. Each party shall bear his/its own attorneys' fees and costs incurred herein.

IT IS SO ORDERED.

DATED: February 19, 2015   _____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE